UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

| | |
|---|---|
| LARA D. BISHOP,<br>ON BEHALF OF HERSELF AND<br>ALL OTHERS SIMILIARLY SITUATED,<br><br>                Plaintiff,<br>v<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>                Defendant. | Civil Action, File No.<br>2:18-cv-02184-JFB-GRB |

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 25 2019 ★
LONG ISLAND OFFICE

**STIPULATION OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

Dated:      April 25, 2019

/s/ Mitchell L. Pashkin
Mitchell L. Pashkin (MP 9016)
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107
mpash@verizon.net

/s/ Stephen Jay Steinlight
Stephen Jay Steinlight, Esq.
Troutman Sanders LLP
Attorneys For Defendant
875 Third Avenue
New York, NY 10022
212-704-6000
stephen.steinlight@troutmansanders.com

*[Handwritten note:]* Request granted. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is voluntarily dismissed with prejudice. The Clerk of the Court shall close the case.

SO ORDERED
S/ JOSEPH F BIANCO
Joseph F. Bianco
USDJ
Date: April 25, 2019
Central Islip, N.Y.